# United States Bankruptcy Court
## Western District of TN

In re **James Wendell Sanders, Jr.**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **James Wendell Sanders, Jr.** | S.S.# **xxx-xx-9397** |
| | (W) | S.S.# |
| ADDRESS: | **115 Pecan Drive** | |
| | **Ripley, TN 38063** | |

PLAN PAYMENT: Debtor(s) to pay $ **1,278.00**   (weekly, every two weeks, semi-monthly, **monthly**)
PAYROLL DEDUCTION:           OR ( **X** ) DIRECT PAY

BECAUSE:
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**MONTHLY PLAN PMT.**

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **IRS Insolvency Unit ($4,500.00)** | $ **167.00** |
| | **Lauderdale Cty Taxes (Lot 6- $1,005.00)** | $ **38.00** |
| | **Lauderdale Cty taxes (Lot 7 $71.00)** | $ **3.00** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | | |
|---|---|---|---|---|---|
| **Clayton Bank/Covington 2nd Mtg.** | Ongoing pmt. Begin | March 2017 | | | $ **223.00** |
| | Approx. arrearage | **2,676.00** | Interest | **0.00** % | $ 45.00 |
| **Farm Credit Mid-America (First Mtg)** | Ongoing pmt. Begin | March 2017 | | | $ **595.00** |
| | Approx. arrearage | **7,344.00** | Interest | **0.00** % | $ **123.00** |

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **-NONE-** | $ | % | $ |

UNSECURED CREDITORS:   Pay **9** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$16,165.00**

TERMINATION:      Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive **9.00**%

DEBTOR'S ATTORNEY:   **Bo Luxman BPR #21580**
**Law Office of Bo Luxman**
**P.O. Box 3077**
**Memphis, TN 38173-0077**
**901-526-7770 Fax:901-526-7957**